1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TERRY WARREN,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

Case No. C18-5150-JPD

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

14    After careful consideration of plaintiff's amended application to proceed *in forma*

15  *pauperis* ("IFP"), the governing law, and the balance of the record, the Court ORDERS:

16    (1)    Plaintiff's amended application to proceed IFP, Dkt. 3-1, is GRANTED.

17  Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

18    (2)    The Clerk of the Court is directed to send a copy of this Order to plaintiff's

19  counsel, and to issue summonses to plaintiff's counsel to enable proper service of the

20  complaint on the appropriate parties.  Plaintiff shall note that it is plaintiff's attorney's

21  responsibility to serve copies of the complaint properly along with appropriate summonses as

22  required by Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff may effectuate service

23  electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the

24  summons and complaint, along with plaintiff's identifying information, by email to

ORDER - 1

USAWAW.SSAClerk@usdoj.gov.  A certificate of service must also be promptly filed with the Court.

DATED this 1st day of March, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge