UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TERRY WARREN,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

    Defendant.

Case No. C18-5150-JPD

ORDER REMANDING CASE

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 5. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court ORDERS that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Commissioner shall

//

//

//

//

ORDER
PAGE - 1

seek to obtain a full copy of the April 2017 examination report from Dan Neims, Psy.D. In accordance with sentence six of 42 U.S.C. § 405(g), the Commissioner shall then modify or affirm the Administrative Law Judge's November 2014 hearing decision.

DATED this 9th day of August, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 2