UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY WARREN,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C18-5150-MLP<br><br>ORDER |

This matter comes before the Court upon the parties' stipulated motion to reopen this case following the Commissioner's final decision on remand. (Dkt. # 18.) On August 9, 2018, this case was remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g), which provides that the Court retains jurisdiction over the matter. (Dkt. # 16.) The parties, in their stipulated motion, state that the "proceedings are now complete, and the final decision was not favorable to Plaintiff." (Dkt. # 18 at 1.) Sentence six of 42 U.S.C. § 405(g) provides that if the decision on remand is not fully favorable, the Commissioner "shall file with the court any . . . a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirming was based."

ORDER - 1

1 | Accordingly, it is hereby ORDERED that the above-captioned case is reopened. The
2 | Commissioner is ORDERED to file an answer and administrative record by **April 6, 2022**.
3 | Dated this 23rd day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2